IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01937-WDM-OES

ROBERT TATUM,

Plaintiff(s),

vs.

REGIONAL TRANSPORTATION DISTRICT (RTD),

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: February 3, 2006

     The Stipulated Motion to Vacate Scheduling/Planning Conference (Doc. #11, filed 2/1/06) is GRANTED.  Counsel are directed to contact the Court to reset the Scheduling Conference after resolution of Defendant's Motion to Dismiss, if necessary.