IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01937-WDM-MEH

ROBERT TATUM,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

    Defendant.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 19, 2007.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge

PDF FINAL